## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Joshua E. Bergey  
                Debtor(s)

BK NO. 17-03100 HWV

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2020-GS5 and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
11 Nov 2020, 15:36:11, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322