## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua E. Bergey<br>　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| Legacy Mortgage Asset Trust 2021-GS1, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs. | |
| | NO. 17-03100 HWV |
| Joshua E. Bergey<br>　　　　　　　　Debtor(s) | |
| Jack N. Zaharopoulos<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Notice of Mortgage Payment Change of Legacy Mortgage Asset Trust 2020-GS5, which was filed with the Court on or about **12/7/2021**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 12/7/2021