# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua E. Bergey<br>　　　　　　　　　　Debtor(s) | **BK NO. 17-03100 HWV** |
| | **Chapter 13** |
| Legacy Mortgage Asset Trust 2021-GS1<br>　　　　　　　　Movant<br>　　vs. | **Related to Claim No. 3** |
| Joshua E. Bergey<br>　　　　　　　　　　Debtor(s) | |
| Jack N. Zaharopoulos,<br>　　　　　　　Trustee | |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 7, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Joshua E. Bergey
112 Balfour Drive
Mechanicsburg, PA 17050

<u>Attorney for Debtor(s)</u>
John Matthew Hyams, Law Offices of John M. Hyams
2023 N 2nd Street
Harrisburg, PA 17102

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>December 7, 2021</u>

　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com