United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03100-HWV |
| Joshua E. Bergey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 27, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5361135 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 27 2023 18:49:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing, |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 29, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF9 Master Participation Trust afogle@rascrane.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| Name | Details |
|---|---|
| Brian C Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Celine P DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Joshua E. Bergey jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Marisa Myers Cohen | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-03100-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Joshua E. Bergey
112 Balfour Drive
Mechanicsburg PA 17050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing, | Legacy Mortgage Asset Trust 2021-GS1<br>C/O Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT. 84165-0250<br>Legacy Mortgage Asset Trust 2021-GS1<br>C/O Select Portfolio Servicing, Inc. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/29/23

Terrence S. Miller
**CLERK OF THE COURT**