Certificate Number: 06531-PAM-DE-037625452

Bankruptcy Case Number: 17-03100



06531-PAM-DE-037625452

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 26, 2023</u>, at <u>8:54</u> o'clock <u>PM CDT</u>, <u>Joshua Bergey</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 26, 2023</u>    By:    <u>/s/Sharon Schroeder</u>

Name:    <u>Sharon Schroeder</u>

Title:    <u>Certified Credit Counselor</u>