United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03100-HWV |
| Joshua E. Bergey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 15, 2023 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua E. Bergey, 112 Balfour Drive, Mechanicsburg, PA 17050-5253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF9 Master Participation Trust afogle@rascrane.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Celine P DerKrikorian | on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

John Matthew Hyams
    on behalf of Debtor 1 Joshua E. Bergey jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com

Marisa Myers Cohen
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joshua E. Bergey,  Chapter 13

**Debtor 1**

Case No. 1:17−bk−03100−HWV

Social Security No.: xxx−xx−5824

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 15, 2023

**fnldec** (01/22)